affirmed. The jail sentence imposed by the trial court on Count II is vacated, and the case is remanded for re-sentencing on Count II consistent with this opinion.

DON E. BURRELL, and MARY W. SHEFFIELD, JJ., concur.

■

**C.L.P., Respondent,**

v.

**S.J.P., Appellant.**

**No. WD 76688.**

Missouri Court of Appeals, Western District.

July 22, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 2, 2014.

Frederick Duchardt, Jr., Trimble, MO, for appellant.

Camille Johnston, Richmond, MO, for respondent.

Before Division Four: JAMES EDWARD WELSH, C.J., VICTOR C. HOWARD, and LISA WHITE HARDWICK, JJ.

**ORDER**

PER CURIAM:

The appellant contests the circuit court's judgment granting a full order of protection to his former wife under Missouri's Adult Abuse Act, sections 455.010–455.090, RSMo, on the basis that the evidence was insufficient to support it. We affirm. Rule 84.16(b).

■

In re The Matter of Vanden Colby ZWARTS, a Minor Child by and through his Next Friend Brian ZWARTS; Brian Zwarts, Appellant,

v.

**Emerald WITMER (n/k/a Borden), Respondent.**

**No. WD 77168.**

Missouri Court of Appeals, Western District.

July 22, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 2, 2014.

Jonathan Sternberg, Kansas City, MO, for Appellant.

Christen Shepherd, Kansas City, MO, for Respondent.

Before Division Three: GARY D. WITT, P.J., JOSEPH M. ELLIS, and THOMAS H. NEWTON, JJ.

ORDER

PER CURIAM:

Mr. Brian Zwarts appeals the trial court's modification judgment granting